# Court of Appeals
# of the State of Georgia

ATLANTA, January 08, 2016

*The Court of Appeals hereby passes the following order:*

## A16A0662.  DIANE SOMERSET v. MARK BUTLER, COMMISSIONER OF GEORGIA DEPARTMENT OF LABOR, et al.

In this direct appeal, Diane Somerset seeks review of the superior court's order affirming the decision of the Georgia Department of Labor denying her claim for unemployment benefits.  Under OCGA § 5-6-35 (a) (1), however, a party seeking to appeal a superior court decision reviewing a state agency ruling must follow the discretionary appeal procedure.  See *Dunlap v. City of Atlanta*, 272 Ga. 523, 524 (531 SE2d 702) (2000).  Accordingly, we lack jurisdiction over this direct appeal, and it is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,* 01/08/2016
      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*